No. 83–7034.   Viccarone v. Drug Enforcement Administration et al.   C. A. 7th Cir.   Motion of petitioner for leave to proceed *in forma pauperis* and certiorari granted.   Judgment vacated and case remanded for reconsideration in light of § 2(c) of

the Central Intelligence Agency Information Act, Pub. L. 98–477, 98 Stat. 2209, and for such further proceedings as are indicated. See *Shapiro* v. *Drug Enforcement Administration, ante,* p. 14.